UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| PRINCE GEORGE'S COUNTY, MARYLAND,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br>SANOFI-AVENTIS U.S. LLC,<br>NOVO NORDISK INC.,<br>CVS HEALTH CORPORATION,<br>CVS PHARMACY, INC.,<br>CAREMARK RX, LLC,<br>CAREMARK, LLC,<br>CAREMARKPCS HEALTH, LLC,<br>EVERNORTH HEALTH, INC.,<br>EXPRESS SCRIPTS, INC.,<br>EXPRESS SCRIPTS ADMINISTRATORS, LLC,<br>MEDCO HEALTH SOLUTIONS, INC.,<br>ESI MAIL PHARMACY SERVICE, INC.,<br>EXPRESS SCRIPTS PHARMACY, INC.,<br>UNITEDHEALTH GROUP, INC.,<br>OPTUM, INC.,<br>OPTUMRX, INC.,<br>OPTUM INSIGHT, INC.,<br><br>　　Defendants. | Civil Action No. TDC-25-0137 |

## ORDER

Plaintiff Prince George's County, Maryland has filed a Complaint that does not comply with the Local Rules of the United States District Court for the District of Maryland ("Local Rules"), which state that "[p]leadings should be no longer than necessary and, except in removals of a state action, shall not exceed forty (40) pages in length." D. Md. Local R. 103.1(d). Prince

George's County's Complaint is 241 pages, which exceeds the page limit set forth in the Local Rules.

Accordingly, it is hereby ORDERED that:

1. Prince George's County's Complaint, ECF No. 1, is STRICKEN.

2. Prince George's County is granted leave to file, within **7 days** of the date of this Order, an Amended Complaint that complies with the Local Rules.

Date: January 17, 2025

THEODORE D. CHUANG
United States District Judge