UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| PRINCE GEORGE'S COUNTY, MARYLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br>SANOFI-AVENTIS U.S. LLC,<br>NOVO NORDISK INC.,<br>CVS HEALTH CORPORATION,<br>CVS PHARMACY, INC.,<br>CAREMARK RX, LLC,<br>CAREMARK, LLC,<br>CAREMARKPCS HEALTH, LLC,<br>EVERNORTH HEALTH, INC.,<br>EXPRESS SCRIPTS, INC.,<br>EXPRESS SCRIPTS ADMINISTRATORS, LLC,<br>MEDCO HEALTH SOLUTIONS, INC.,<br>ESI MAIL PHARMACY SERVICE, INC.,<br>EXPRESS SCRIPTS PHARMACY, INC.,<br>UNITEDHEALTH GROUP, INC.,<br>OPTUM, INC.,<br>OPTUMRX, INC., and<br>OPTUM INSIGHT, INC.,<br><br>    Defendants. | Civil Action No. TDC-25-0137 |

**ORDER**

Upon review of Plaintiff's Motion for Leave to File Complaint, it is hereby ORDERED that:

1. The Motion, ECF No. 7, is GRANTED IN PART.

2. The Court will provisionally accept the originally filed Complaint. If the case has not been transferred as part of a multidistrict litigation within **60 days** of the date of this

Order, Plaintiff shall file an Amended Complaint that complies with the Local Rules of this District.

Date: January 27, 2025

THEODORE D. CHUANG
United States District Judge

2