# U.S. District Court
## District of Maryland (Greenbelt)
## CIVIL DOCKET FOR CASE #: 8:25−cv−00137−TDC

Prince George's County, Maryland v. Eli Lilly and Company et al  
Assigned to: Judge Theodore D. Chuang  
Cause: 18:1964 Racketeering (RICO) Act

Date Filed: 01/14/2025  
Date Terminated: 02/27/2025  
Jury Demand: Plaintiff  
Nature of Suit: 470 Racketeer/Corrupt Organization  
Jurisdiction: Federal Question

**Plaintiff**

**Prince George's County, Maryland**     represented by     **Matthew Porter Legg**  
Brockstedt Mandalas Federico LLC  
2850 Quarry Lake Drive  
Suite 220  
Baltimore, MD 21209  
410−421−7777  
Email: mlegg@bmbfclaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Sanofi−Aventis U.S. LLC**

**Defendant**

**Novo Nordisk Inc.**

**Defendant**

**CVS Health Corporation**

**Defendant**

**CVS Pharmacy, Inc.**

**Defendant**

**Caremark Rx, LLC**

**Defendant**

**Caremark, LLC**

**Defendant**

**CaremarkPCS Health, LLC**

**Defendant**

**Evernorth Health, Inc.**

**Defendant**

**Express Scripts, Inc.**

**Defendant**

**Express Scripts Administrators, LLC**

**Defendant**

**Medco Health Solutions, Inc.**

**Defendant**

**ESI Mail Pharmacy Service, Inc.**

**Defendant**

**Express Scripts Pharmacy, Inc.**

**Defendant**

**UnitedHealth Group, Inc.**

**Defendant**

**Optum, Inc.**

**Defendant**

**OptumRx, Inc.**

**Defendant**

**Optum Insight, Inc.**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/14/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number AMDDC–11708385.), filed by Prince Georges County, Maryland. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Civil Cover Sheet, # 4 Summons Proposed Summons to Defendant Caremark Rx, # 5 Summons Proposed Summons to Defendant Caremark, # 6 Summons Proposed Summons to Defendant CaremarkPCS Health, # 7 Summons Proposed Summons to Defendants CVS Health, # 8 Summons Proposed Summons to Defendant CVS Pharmacy, # 9 Summons Proposed Summons to Defendant Eli Lilly, # 10 Summons Proposed Summons to Defendant ESI Mail Pharmacy, # 11 Summons Proposed Summons to Defendant Evernorth Health, # 12 Summons Proposed Summons to Defendant Express Scripts 1, # 13 Summons Proposed Summons to Defendant Express Scripts 2, # |

| | | |
|---|---|---|
| | | 14 Summons Proposed Summons to Defendant Express Scripts Administrators, # 15 Summons Proposed Summons to Defendant – Express Scripts Pharmacy, # 16 Summons Proposed Summons to Defendant Medco, # 17 Summons Proposed Summons to Defendant Novo Nordisk, # 18 Summons Proposed Summons to Defendant Optum, # 19 Summons Proposed Summons to Defendant OptumInsight, # 20 Summons Proposed Summons to Defendant OptumRx, # 21 Summons Proposed Summons to Defendant Sanofi–Aventis, # 22 Summons Proposed Summons to Defendant UnitedHealth Group)(Legg, Matthew) (Additional attachment(s) added on 1/15/2025: # 23 Civil Cover Sheet, # 24 Proposed Summons to Defendant Caremark Rx, # 25 Proposed Summons to Defendant Caremark, # 26 Proposed Summons to Defendant CaremarkPCS Health, # 27 Proposed Summons to Defendant CVS Health, # 28 Proposed Summons to Defendant CVS Pharmacy, # 29 Proposed Summons to Defendant Eli Lilly, # 30 Proposed Summons to Defendant ESI Mail Pharmacy, # 31 Proposed Summons to Defendant Evernorth Health, # 32 Proposed Summons to Defendant Express Scripts 1, # 33 Proposed Summons to Defendant Express Scripts 2, # 34 Proposed Summons to Defendant Express Scripts Administrators, # 35 Proposed Summons to Defendant – Express Scripts Pharmacy, # 36 Proposed Summons to Defendant Medco, # 37 Proposed Summons to Defendant Novo Nordisk, # 38 Proposed Summons to Defendant Optum, # 39 Proposed Summons to Defendant OptumInsight, # 40 Proposed Summons to Defendant OptumRx, # 41 Proposed Summons to Defendant Sanofi–Aventis, # 42 Proposed Summons to Defendant UnitedHealth Group) (ar6s). Modified on 1/21/2025 (kk5s). Modified on 1/27/2025 (kk5s). (Entered: 01/14/2025) |
| 01/15/2025 | 2 | QC NOTICE: 1 Complaint, filed by Prince George's County, Maryland was filed incorrectly. **Not all attorneys listed as counsel have signed the document. Court staff has entered the appearance of only the attorney who has signed the document. All other attorneys must enter their own entries of appearance.* (ar6s, Deputy Clerk) (Entered: 01/15/2025) |
| 01/15/2025 | 3 | QC NOTICE: 1 Complaint, filed by Prince George's County, Maryland was filed incorrectly. **Not all pdf documents were flattened prior to filing. All pdfs uploaded to CM/ECF MUST BE FLATTENED for all future filings. Failure to comply may result in rejected filings and delays in case processing.* **This filing has been corrected by court staff and no further corrective action is required.* (ar6s, Deputy Clerk) (Entered: 01/15/2025) |
| 01/15/2025 | 4 | CASE MANAGEMENT ORDER. Signed by Judge Theodore D. Chuang on 1/15/2025. (kk5s, Deputy Clerk) (Entered: 01/15/2025) |
| 01/15/2025 | 5 | Summons Issued 21 days as to CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, LLC, Caremark, LLC, CaremarkPCS Health, LLC, ESI Mail Pharmacy Service, Inc., Eli Lilly and Company, Evernorth Health, Inc., Express Scripts Administrators, LLC, Express Scripts Pharmacy, Inc., Express Scripts, Inc., Medco Health Solutions, Inc., Novo Nordisk Inc., Optum Insight, Inc., Optum, Inc., OptumRx, Inc., Sanofi–Aventis U.S. LLC, and UnitedHealth Group, Inc.(ar6s, Deputy Clerk) (Entered: 01/15/2025) |
| 01/17/2025 | 6 | ORDER striking 1 Complaint; granting Prince George's County leave to file an Amended Complaint that complies with the Local Rules within 7 days. Signed by Judge Theodore D. Chuang on 1/17/2025. (kk5s, Deputy Clerk) (Entered: 01/21/2025) |
| 01/24/2025 | 7 | MOTION for Leave to File *Complaint* by Prince George's County, Maryland (Attachments: # 1 Exhibit Similar Complaint pending in Multidistrict Litigation, # 2 Exhibit Complaint, # 3 Text of Proposed Order Proposed Order)(Legg, Matthew) (Entered: 01/24/2025) |
| 01/27/2025 | 8 | ORDER granting in part 7 Plaintiff's Motion for Leave to File Complaint. Signed by Judge Theodore D. Chuang on 1/27/2025. (kk5s, Deputy Clerk) (Entered: 01/27/2025) |
| 02/27/2025 | 9 | MDL Certified Transfer ORDER. Signed by James V. Ingold Clerk of the Panel on 2/27/2025. (Attachments: # 1 Letter)(heps, Deputy Clerk) (Entered: 02/27/2025) |

| | | |
|---|---|---|
| 02/27/2025 | Ï | Case Electronically Transferred to District Court of New Jersey. (heps, Deputy Clerk) (Entered: 02/27/2025) |